DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRAE PRINCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2214

_____

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Pinellas County, Susan St. John, Judge.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.